# UNITED STATES DISTRICT COURT
for the
District of Maryland

OCT 2 9 2014

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   **14-2314SAG**
Asus Laptop Computer (DCN0CV2922205118, Model )
Number: X550L Notebook PC) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252, 18 U.S.C. 2252A | The possession, receipt, transportation and/or distribution of child pornography |

The application is based on these facts:

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jacqueline Dougher, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/10/2014__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__   Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*